The Honorable Robert J. Bryan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| GEORGE A. TILLETT, and GRACE L. TILLETT, his wife.<br><br>　　　　　　　Plaintiffs,<br>v.<br>CITY OF BREMERTON, et al.,<br>　　　　　　　Defendants. | Civil Action No.: CO9-5621 RJB<br><br>DECLARATION OF NANCY TILLETT IN SUPPORT OF PLAINTIFF'S RESPONSE TO SUMMARY JUDGMENT |

I, Nancy Tillett, am over the age of 18 and competent to testify in this matter.

The day that my house was raided by the Bremerton Police Department, I had been arrested, handcuffed, and placed under an tarped area covered by a large tarp like tent. My father-in-law, George Tillett, Sr. was brought under the tarp a little while later. I saw his hands were bruised and I exclaimed, "What happened to your hands!" Mr. Tillett was obviously ubset, he was crying, something he rarely did, and he responded, "They did it." I understood they to mean the Bremerton Police. I then asked, "are you okay?" He responded that his hands and stomach hurt. We sat until I was separated from George and taken to a police car a short time later.

*DECLARATION OF NANCY TILLETT IN SUPPORT OF PLAINTIFF'S RESPONSE TO SUMMARY JUDGMENT*
*- Page 1 of 2*
*CO9-5621 RJB*

**Preble Law Firm, P.S.**
Attorneys at Law
State & Sawyer Building, Suite 101
2120 State Avenue N.E.
Olympia, Washington 98506
(360) 943-6960   FAX: (360) 943-2603

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct. Signed this 6 day of December, 2010, at Bremerton, Washington.

_____
Nancy Tillett

*DECLARATION OF NANCY TILLETT IN SUPPORT OF*
*PLAINTIFF'S RESPONSE TO SUMMARY JUDGMENT*
*- Page 2 of 2*
*CO9-5621 RJB*

**Preble Law Firm, P.S.**
Attorneys at Law
State & Sawyer Building, Suite 101
2120 State Avenue N.E.
Olympia, Washington 98506
(360) 943-6960   FAX: (360) 943-2603

1  I declare under penalty of perjury under the laws of the state of Washington that the
2  foregoing is true and correct. Signed this 6 day of December, 2010, at Bremerton, Washington.

*Nancy Tillett*

DECLARATION OF NANCY TILLETT IN SUPPORT OF
PLAINTIFF'S RESPONSE TO SUMMARY JUDGMENT
- Page 2 of 2

Preble Law Firm, P.S.
Attorneys at Law
State & Sawyer Building, Suite 101
2120 State Avenue N.E.
Olympia, Washington 98506
(360) 943-6960  FAX: (360) 943-2603

The Honorable Robert J. Bryan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| GEORGE A. TILLETT, and GRACE L. TILLETT, his wife. | Civil Action No.: CO9-5621 RJB |
| Plaintiffs, | |
| v. | |
| CITY OF BREMERTON, et al., | DECLARATION OF FACSIMILE TRANSMISSION |
| Defendants. | |

I declare under penalty of perjury under the laws of State of Washington that I have examined the Declaration of Nancy Tillet in Support of Plaintiff's Response to Summary Judgment. I have determined it consists of 3 pages including this declaration and that it is complete and legible. I emailed the Declaration of Nancy Tillet in Support of Plaintiff's Response to Summary Judgment in its entirety and I have received back by facsimile the signature page of the declaration dated December 6, 2010. I have determined the signature page consists of 1 page and that it is complete and legible, signed by Nancy Tillet.

Signed at Olympia, Washington, on December 6, 2010.

THAO TRUONG

*DECLARATION OF FACSIMILE TRANSMISSION - Page 1 of 1*

**Preble Law Firm, P.S.**
Attorneys at Law
State & Sawyer Building, Suite 101
2120 State Avenue N.E.
Olympia, Washington 98506
(360) 943-6960   FAX: (360) 943-2603